TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-06-00039-CR






Marcus Williams, Appellant


v.


The State of Texas, Appellee






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 403RD JUDICIAL DISTRICT

NO. D-1-DC-05-904127, HONORABLE BRENDA KENNEDY, JUDGE PRESIDING





O R D E R

PER CURIAM

 The mandate in this cause issued by this Court on November 30, 2007, is hereby
withdrawn.

 It is ordered October 22, 2008.



Before Chief Justice Law, Justices Patterson and Pemberton

Do Not Publish